**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-28-25

October 27, 2025

10/28/25

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Case adj' to Nov 5, 2025 at 2:30 p.m. — time Excluded through Nov. 5, in the Interest of justice.*

Re:    *United States v. Sall et al.*, 25 Cr. 498 (CM)

Dear Judge McMahon:

The Government writes in advance of the arraignment and an initial conference in the above-captioned matter, which have been scheduled for November 5, 2025, at 2:30 p.m. The Government respectfully requests that time between the October 22, 2025 indictment in this matter and the November 5, 2025 arraignment and initial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

While it is the Government's position that the Speedy Trial clock does not begin to run until the date a defendant is arraigned, out of an abundance of caution, the Government seeks the proposed exclusion. The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the Government time to begin assembling discovery and the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel for each of the defendants has informed the Government they consent to this request.

Respectfully submitted,

JAY CLAYTON
Acting United States Attorney

By:  *[signature]*
Ariana L. Bloom
Assistant United States Attorney
Southern District of New York
(212) 637-2578

cc:    Counsel of Record (by ECF)