# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 20, 2026

*[handwritten: 2-25-26]*

*[handwritten: Conf as to All defts Adj to April 23, 2026 at 12:30pm — time Excluded through April 23, 2026, in the interest of justice, to facilitate plea discussions]*

**By CM/ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Mansour Sall et al.*
25 Cr. 498 (CM)

Dear Judge McMahon:

I write on behalf of the parties to respectfully request an adjournment of the status conference in the above-captioned case, from February 26, 2026, to April 23, 2026, or thereafter. Counsel for each defendant joins this application and the Government has no objection. *[handwritten signature]*

An adjournment is appropriate because each defendant is at a different stage of plea negotiations with the Government and additional time is warranted to allow for those respective discussions to progress. A delay until at least April 23 is necessary as counsel for two of the defendants have trials beginning on April 6 and April 7, respectively, and both trials are expected to last approximately two weeks. The parties further agree that this additional period of delay is excludable from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) because the time is necessary to facilitate productive negotiations over a pre-trial resolution that would obviate the need for Rule 12 practice and a trial schedule.

I thank the Court for considering this unopposed application.

Respectfully submitted,

*[signature]*

Andrew John Dalack, Esq.
Assistant Federal Defender

Counsel for Mansour Sall

Cc:  Counsel of Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-26