Case 1:25-cr-00498-CM    Document 60    Filed 04/16/26    Page 1 of 1

# Federal Defenders

## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/26

April 16, 2026

*MEMO ENDORSED*

**By CM/ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: 4/20/26*
*Status Conference Adj. to June 11, 2026 at Noon — time Excluded through June 11, in the interest of justice, to facilitate review of discovery and plea negotiations.]*

Re:  *United States v. Mansour Sall et al.*
      25 Cr. 498 (CM)

Dear Judge McMahon:

I write on behalf of the parties to respectfully request an adjournment of the status conference in the above-captioned case, from April 23, 2026, to the week of June 22, 2026. Counsel for each defendant joins this application and the Government has no objection.

*[Handwritten signature: Colleen McMahon]*

An adjournment is appropriate because each defendant remains engaged in plea negotiations with the Government and discovery review following a re-production of device extractions. In the event the defendants have not reached a pre-trial resolution with the Government by the next conference, the parties will then be prepared to set a Rule 12 motions schedule and trial date. The parties further agree that this additional period of delay is excludable from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) because the time is necessary to facilitate discovery review and productive negotiations over a pre-trial resolution that would obviate the need for Rule 12 practice and a trial schedule.

I thank the Court for considering this unopposed application.

Respectfully submitted,

*[signature]*

Andrew John Dalack, Esq.
Assistant Federal Defender

Counsel for Mansour Sall

Cc:    Counsel of Record