Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

October 26, 2026

10-26-26

Conference Adj to Dec 2, 2026 At 2pm - time excluded in the interest of justice, to facilitate plea discussions.

Colleen McMahon

***By CM/ECF***
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Mansour Sall et al.*
25 Cr. 498 (CM)

Dear Judge McMahon:

I write with respect to Mansour Sall in the above-captioned case. The Government and Mr. Sall have tentatively reached a pre-trial resolution, and Mr. Sall is awaiting a formal, written offer. To allow sufficient time for Mr. Sall to receive and review the written offer with counsel, I respectfully submit that the Court should adjourn the October 29, 2026, conference date as to Mr. Sall *sine die* and schedule a tentative change-of-plea hearing for the week of November 16 or the week of November 30, 2026. The parties further and jointly request that the Court exclude this additional period of delay from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) because the time is necessary to effectuate and finalize productive plea negotiations. Time is presently excluded for all defendants through October 29, 2026.

I thank the Court for considering this application as to Mr. Sall.

Respectfully submitted,

Andrew John Dalack
Andrew John Dalack, Esq.
Assistant Federal Defender
646-315-1527

Counsel for Mansour Sall

Cc: Counsel of Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 10-26-26